UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| HEAZLIT, WILLIAM R | ) | Case No. 08-11989TUC JMM |
| HEAZLIT, WENDY A | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Sunlife Family Health Center, Inc.<br>PO Box 10097<br>Casa Grande, AZ 85230 | $ 1.71 |
| 9 | TCS Inc.<br>3200 N. Hayden, Ste. 100<br>Scottsdale, AZ 85251 | .91 |
| | TOTAL = | $ 2.62 |

July 13, 2010     /s/ Gayle E. Mills
Date     Gayle E. Mills, Trustee